**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ERIC Y. KIZIRIAN, SB# 210584
  E-Mail: Eric.Kizirian@lewisbrisbois.com
MICHAEL K. GRIMALDI, SB# 280939
  E-Mail: Michael.Grimaldi@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for BMW of North America, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GAYANE KHATUONIAN, as an individual, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 13-CV-7975-SVW (SHX)<br><br>Hon. Stephen V. Wilson<br><br>**BMW OF NORTH AMERICA, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF GAYANE KHATUONIAN'S FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES UNDER FED. R. CIV. P. 12(B)(6)**<br><br>[Concurrently Filed with the supporting Memorandum of Points and Authorities, the Declaration of Eric Y. Kizirian, the Request for Judicial Notice, the Proposed Order, and BMW of North America, LLC's Motion to Strike Plaintiff's First Amended Complaint Under Fed. R. Civ. P. 12(f)]<br><br>Date: March 10, 2014<br>Time: 1:30 p.m.<br>Place: Courtroom 6 |

Case No. 13CV7975 SVW (Shx)
BMW NA'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FAC

**PLEASE TAKE NOTICE** that on March 10, 2014, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled court, located at 312 North Spring Street Los Angeles, CA 90012, Defendant BMW of North America, LLC ("BMW NA") will, and hereby does, move the Court under Federal Rule of Civil Procedure ("Rule") 12(b)(6) for an order dismissing all causes of action in plaintiff Gayane Khatuonian's ("plaintiff") First Amended Complaint ("FAC"). This motion is made on the grounds that all five causes of action in the FAC are deficient and fail to state a cause of action against BMW NA. In particular:

(1) *Breach of Express Warranty*: Plaintiff does not allege a breach of express warranty claim because (a) her warranty by description claim relies on non-actionable puffery, which does not give rise to a warranty, and (2) her claim for breach of BMW NA's vehicle express warranty is premised on an alleged design defect, which is not covered by the terms of the warranty limited to defects in materials and workmanship.

(2) *Breach of Implied Covenant of Good Faith*: This claim requires a contractual relationship, which plaintiff has not pled with regarding to BMW NA, related to the sale or lease of her vehicle. And to the extent the claim is premised on BMW NA's express warranty, which plaintiff also has not pled, the lack of a viable breach of warranty claim eliminates plaintiff's ability to sue for a breach of the implied covenant based on a contractual obligation that does not exist.

(3) *Magnusson Moss Warranty Act*: Plaintiff's failure to plead a viable breach of warranty claim requires dismissal of her Magnusson-Moss claim also.

(4) *Violation of UCL and CLRA*: Plaintiff fails to allege viable claims under Business and Professions Code § 17200 et seq. ("UCL") or under the Consumers Legal Remedies Act, Cal. Civ. Code § 1750 et seq. ("CLRA") because she does not allege facts that establish any actionable "misrepresentation" by BMW NA. She

also fails to allege facts that establish BMW NA had knowledge of an alleged defect and thus a "duty to disclose" at the time she leased her vehicle. Finally, plaintiff fails to allege injury that confers standing.

This Motion is based on this Notice, the concurrently-filed Memorandum of Points and Authorities, the Declaration of Eric Y. Kizirian, the Request for Judicial Notice and all other facts the Court may or should take notice of, the separately filed Motion to Strike, all files, records, and proceedings in this case, and any oral argument the Court may entertain.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place at the offices of plaintiff's counsel on November 7, 2013 and again telephonically on December 2 and 3, 2013, during which this motion was discussed, but no resolution was reached.

Dated: January 6, 2014

Eric Y. Kizirian
Michael K. Grimaldi
Lewis Brisbois Bisgaard & Smith LLP


By: _____/S/ Eric Y. Kizirian_____
Eric Y. Kizirian
Attorneys for BMW of North America, LLC

4840-0504-3479.1

Case No. 13CV7975 SVW (SHx)

BMW NA'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FAC